CARLIE CHRISTENSEN, United States Attorney (#633)
ANDREW CHOATE, Assistant United States Attorney (#13615)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2015 FEB 23  P 4: 09

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON ELLIOTT, Defendant. | FELONY INFORMATION<br><br>Violation:<br>18 U.S.C. § 1591(a)(1), (b)(2) (SEX TRAFFICKING OF CHILDREN).<br><br>Case: 1:15cr00010<br>Assigned To : Nuffer, David<br>Assign. Date : 2/23/2015<br>Description: USA v. Elliott |
|---|---|

The United States Attorney Charges:

### COUNT I
(Sex Trafficking of Children)
18 U.S.C. § 1591(a)(1), (b)(2)

From between on or about January 1, 2013 through on or about January 20, 2013, in the Northern Division of the District of Utah,

**AARON ELLIOTT,**

1

defendant herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means a minor known as C.W., knowing, or in reckless disregard of the fact, that C.W. had not attained the age of 18 and that C.W. would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. § 1591(a)(1) and punishable pursuant to 18 U.S.C. § 1591(b)(2).

CARLIE CHRISTENSEN
United States Attorney

_/s/ Andrew Choate_
Andrew Choate
Assistant United States Attorney