JOHN W. HUBER, United States Attorney (#7226)
ANDREW CHOATE, Assistant U.S. Attorney (# 13615)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah   84111
Telephone:   (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00010 DN |
|---|---|
| Plaintiff, | STIPULATED MOTION TO CONTINUE |
| vs. | |
| AARON ELLIOTT, | |
| Defendant. | |

The United States, by and through the undersigned Assistant United States Attorney, respectfully requests that this sentencing hearing be continued for approximately 30 days. The reasons for the continuance are as follows: due to the travel schedule of both counsel in this matter, our respective schedules will only place us Salt Lake City on one day that overlaps. This is the day before Mr. Elliott's sentencing. In this one day time period, we (the defense and prosecution) must meet and finalize an agreement that the Court will also review. The defendant is undergoing a medical procedure for several hours that same day that will make carrying out this process

unfeasible. Due to these facts, the United States respectfully requests an extension of 30 days in which to complete this process. The Defense has agreed to and stipulated to this motion.

      DATED this <u>12th</u> day of November, 2015

/s/ Andrew Choate

Andrew Choate
Counsel for the United States