UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>AARON ELLIOTT,<br><br>   Defendant. | ORDER GRANTING MOTION<br>TO MODIFY TERM<br>OF SUPERVISED RELEASE<br><br>Case. no. 1:15-cr-00010-DN<br><br>District Judge David Nuffer |

Based on Defendant's Unopposed Motion to Modify Term of Supervised Release ("Motion"),[1] pursuant to 18 U.S.C. § 3583(e)(2) and FED. R. CIV. P. 32.1(c), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion[2] is GRANTED. The term of Defendant's supervised release ordered in the Judgment[3] is modified to a term of five (5) years.

Signed this 6th day of May, 2020.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 51, filed May 4, 2020.

[2] *Id*.

[3] Judgment in a Criminal Case at 3, docket no. 32, filed Dec. 23, 2015.